# CROWNPOINT
## Incident Report Form

03-19-028062
10/02/2019
**DISORDERLY CONDUCT**

**Primary Officer:** JAMES DAN, JR. - T 3002

- ☐ Juvenile Involved
- ☐ Domestic Related
- ☒ Alcohol Involved
- ☐ Investigation
- ☒ Suspects
- ☒ Arrests Made
- ☐ Video Available
- ☐ Bias Crime
- ☒ Drugs Involved
- ☐ Gang Related
- ☐ Accident
- ☐ Ready for DA / Prosecutor
- ☐ Paperless
- ☐ Administrative
- ☐ Alarm Activated

| Log Number | Incident Number | File Number | Case Number | UCR |
|---|---|---|---|---|
| 03-19-028062 | | CD-19-28917 | | |

| Incident Type | Dispatcher | Source | District | Status |
|---|---|---|---|---|
| 5311 DISORDERLY CONDUCT | MD2907 | P | 3EA | CLOSED |

### Incident Date / Times — Incident Occurred At or Between

| Date Received | Day Rec'd | Rcvd | Disp | Arrv | Clrd | Earliest Date and Time | Latest Date and Time |
|---|---|---|---|---|---|---|---|
| 10/02/2019 | Wednesday | 1941 | 1947 | 1950 | 2114 | 10/02/2019 1918 (Wednesday) | 10/02/2019 2115 (Wednesday) |

| Disposition | Cleared by Exception | Suspended |
|---|---|---|
| A ARREST MADE | | ☐ |

| UCR Clearance | UCR Occur Date | UCR Clear Date | UCR Count | UCR Human Traffic Code | UCR HT Count |
|---|---|---|---|---|---|
| | | | | | 0 |

**Location** ☐ Intersection
TOHAJIILEE NM

Cross Street:
GPS Loc X: 0
GPS Loc Y: 0

Municipality:
Business Name:
Premise Code: HOME RESIDENCE
Arson Value:

Gang:
Weather:

### Modus Operandi Coding

Entry:
Exit:
Method:

Victim:
Property:
Area:
Time of Day:

WEAPON USED:

**Caller / Complainant Type**
Normal ☒   Anonymous ☐   Hangup ☐   Refused ☐

## INVOLVED PERSONS

**ARRESTED**  CODE: ARR

| Name (Last, First, Middle) - Address | Juvenile | Date of Birth | Age | Race | Sex | Ethnic | Social Security Number |
|---|---|---|---|---|---|---|---|
| GUTIERREZ, JOSHUA | ☐ | | | I | M | | |

| Weight | Height | Hair | Eyes | Phone Number |
|---|---|---|---|---|
| | | | | |

| Driver License Number | State | Class | Expiration Date |
|---|---|---|---|
| | | | |

| ID Provided | ID Detail |
|---|---|

Link Comments
**DOMESTIC PARTNER**   CODE: DOM

GOVERNMENT EXHIBIT 1

03-19-028062   10/02/2019   ☒   APPROVED BY: TOMMY L. ROGERS
IRF 1.6                          APPROVED ON: 10/25/2019
PAGE 1

U.S. v. Joshua Gutierrez_0307

# CROWNPOINT
## Incident Report Form

03-19-028062
10/02/2019
**DISORDERLY CONDUCT**

## INVOLVED PERSONS

### DOMESTIC PARTNER — CODE: DOM

| Field | Value |
|---|---|
| Name (Last, First, Middle) - Address | P———, C——— |
| Juvenile | ☐ |
| Date of Birth | |
| Age | |
| Race | I |
| Sex | F |
| Ethnic | |
| Social Security Number | |
| Weight | |
| Height | |
| Hair | |
| Eyes | |
| Phone Number | |
| Driver License Number | |
| State | |
| Class | |
| Expiration Date | |
| ID Provided | |
| ID Detail | |

Link Comments

### VICTIM — CODE: VIC

| Field | Value |
|---|---|
| Name (Last, First, Middle) - Address | P———, J——— |
| Juvenile | ☐ |
| Date of Birth | |
| Age | |
| Race | I |
| Sex | F |
| Ethnic | |
| Social Security Number | |

Link Comments

| Field | Value |
|---|---|
| Name (Last, First, Middle) - Address | L———, A——— |
| Juvenile | ☐ |
| Race | I |

Link Comments
DOB-2/8/1974

## RESPONDING / INVOLVED UNITS, OFFICERS, TIMES

Division  Supervisor / ID

| Unit Number | Officer / ID (Ofcr1 / Ofcr2) | | Officer / ID (Ofcr3 / Ofcr4) |
|---|---|---|---|
| 351 | JAMES DAN, JR. | T 3002 | |
| 343 | FRED PETERS | T 3033 | |
| 323 | RICHARDO TOMLINSON | T 3034 | |
| 363 | CALVIN GUERRO | T 3024 | |

## REVIEWS / REFERRALS

| Date Entered | Sent by ID / Name | Sent To ID | Sent Date / Time | Acknowledged | Acknowledged Date / Time |
|---|---|---|---|---|---|
| 10/25/2019 | T 3002  JAMES DAN, JR. | T 363 | 10/25/2019 2:43 | ☑ | 10/25/2019 10:07 |

Acknowledged By Name / ID
Disposition: A

Review Comments

## COMMENTS / NARRATIVES

**Title:** Police Dispatch

Narrative Created By / Creation Date: MYRATRICIA DEVORE — 10/02/2019
Narrative Updated By / Update On:
Narrative Approved By / Approved Date:

Input: MD2907 10/02/2019 19:42:11   Edited: MD2907 10/02/2019 20:37:46
M42/I/ RECEIVED A CALL FROM FEMALE REPORTING PEOPLE FIGHTNG OUTSIDE THE RESIDENCE AND CP ADVISED THEY HAVE WEAPONS UNKNOWN TYPE

---

03-19-028062   10/02/2019   [X]   APPROVED BY: **TOMMY L. ROGERS**
IRF 1.6                           APPROVED ON: **10/25/2019**

PAGE 2

U.S. v. Joshua Gutierrez_0308

# CROWNPOINT
## Incident Report Form

03-19-028062
10/02/2019
**DISORDERLY CONDUCT**

Input: MD2907 10/02/2019 19:42:29   Edited: MD2907 10/02/2019 20:37:56
  M42/I/ THAT LOCATIOB IS BY THE CHAPTER HOUSE

Input: MD2907 10/02/2019 19:42:37   Edited: MD2907 10/02/2019 19:46:23
  351/I/ LOWER NHA ETA 5-10 MINUTES

Input: MD2907 10/02/2019 19:45:00   Edited: MD2907 10/02/2019 20:38:07
  M42/I/ 101 CALLED BACK AND ADVISED THEY ALL FIGHTING NOW

Input: MD2907 10/02/2019 19:47:11   Edited: MD2907 10/02/2019 20:38:16
  DISPATCHER- CALLED NMSP AND THEY ADVISED NO UNITS TO ASSIST

Input: MD2907 10/02/2019 19:47:24   Edited: MD2907 10/02/2019 19:47:24
  351/I/ BE 19 WITH RIFLE

Input: MD2907 10/02/2019 19:49:37   Edited: MD2907 10/02/2019 19:49:37
  351/I/ IM IN THE HOUSINGS AREA

Input: MD2907 10/02/2019 19:49:43   Edited: MD2907 10/02/2019 19:49:52
  351/I/ IM ON ███████████

Input: MD2907 10/02/2019 19:50:17   Edited: MD2907 10/02/2019 19:50:57
  351/I/ 97 AT HSE ███

Input: MD2907 10/02/2019 19:50:32   Edited: MD2907 10/02/2019 19:58:20
  10-3 ON ███████████

Input: MD2907 10/02/2019 19:52:36   Edited: MD2907 10/02/2019 20:38:33
  351/I/ SUBJECT IS DETAINED RIGHT NOW IM CODE 4 HAVE THAT SUBJECT IS ON GROUND NO SHIRT WITH RED SHORTS

Input: MD2907 10/02/2019 19:54:40   Edited: MD2907 10/02/2019 20:38:42
  351/I/ DO YOU HAVE 55 19 MALE ADVISED HE CANT GET UP

Input: MD2907 10/02/2019 19:56:59   Edited: MD2907 10/02/2019 20:00:06
  U30/I/ WHO IS THE SGT? HAVE HIM SEND ANOTHER UNIT OUT EAST

Input: MD2907 10/02/2019 19:57:13   Edited: MD2907 10/02/2019 19:57:13
  INFORMED 340

Input: MD2907 10/02/2019 19:57:31   Edited: MD2907 10/02/2019 20:10:05
  351/I/ MALE IS SPITTING UP BLOOD HAVE 55 19

Input: MD2907 10/02/2019 19:57:51   Edited: MD2907 10/02/2019 19:57:51
  M42/I/ DIRECT AND 10-19

Input: MD2907 10/02/2019 19:59:10   Edited: MD2907 10/02/2019 20:10:24
  343/I/ 10-19 CODE 3

03-19-028062   10/02/2019   [x]   APPROVED BY: **TOMMY L. ROGERS**   PAGE 3
IRF 1.6                              APPROVED ON: **10/25/2019**

# CROWNPOINT
## Incident Report Form

03-19-028062
10/02/2019
**DISORDERLY CONDUCT**

Input: MD2907 10/02/2019 20:00:18   Edited: MD2907 10/02/2019 20:02:34
  323/I/ 10-8 AND 10-19 CODE 3

Input: MD2907 10/02/2019 20:06:01   Edited: MD2907 10/02/2019 20:06:39
  351/I/ SUBJECT IS JOSHUA CATERUS ▓▓98 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ EMS HAS THE SUBJECT MALE COULDNT STAND HAS BACK PAINS

Input: MD2907 10/02/2019 20:09:26   Edited: MD2907 10/02/2019 20:09:46
  M42/I/ TRANSPORTING ONE

Input: MD2907 10/02/2019 20:11:03   Edited: MD2907 10/02/2019 20:11:03
  351/I/ EMS US TAKING THAT SUBJECT RA 12 OR 21

Input: MD2907 10/02/2019 20:11:44   Edited: MD2907 10/02/2019 20:13:21
  351/I/ IM 10-19 TO THAT RESIDENCE BROTHER GOING TO CHECK THAT 42 ALSO A KNIFE ON GRAVEL ROAD AND ALSO HAD ANOTHER SOFT OBJECT

Input: MD2907 10/02/2019 20:12:03   Edited: MD2907 10/02/2019 20:12:29
  343/I/ BE EAST ON I40

Input: MD2907 10/02/2019 20:13:48   Edited: MD2907 10/02/2019 20:13:48
  351/I/ STEEL PIPE WITH A HOSE AROUND IT HAS A HANDLE

Input: MD2907 10/02/2019 20:14:20   Edited: MD2907 10/02/2019 20:14:38
  351/I/ GRAY COLOR TRAILOR RT 56 BE 97

Input: MD2907 10/02/2019 20:14:26   Edited: MD2907 10/02/2019 20:14:26
  351/I/ RA 21

Input: MD2907 10/02/2019 20:15:43   Edited: MD2907 10/02/2019 20:15:43
  323/I/ CONTINUE SOUTH OF SMITH LAKE

Input: MD2907 10/02/2019 20:16:01   Edited: MD2907 10/02/2019 20:16:53
  363/I/ IM AT MP 156 ON I40

Input: MD2907 10/02/2019 20:16:40   Edited: MD2907 10/02/2019 20:16:40
  351/I/ TRY THE FRONT DOOR

Input: MD2907 10/02/2019 20:17:58   Edited: MD2907 10/02/2019 20:22:05
  351/I/ TRYING TO CALL THE SUBJECTS BY PA SYSTEM  NOBODY COMING UP THERE WAS A LIGHT BY WINDOW THAT WAS ON

Input: MD2907 10/02/2019 20:19:11   Edited: MD2907 10/02/2019 20:20:18
  351/I/ GOING TO FRONT DOOR HAVE MY RIFLE WITH ME

Input: MD2907 10/02/2019 20:23:07   Edited: MD2907 10/02/2019 20:23:07
  PROGRESS OF ASSIGNMENT

Input: MD2907 10/02/2019 20:23:57   Edited: MD2907 10/02/2019 20:24:35
  351/I/ L▓▓▓▓W▓▓▓▓ CAME OUT OF TRAILOR ADVISED 101 ISNT THERE S▓▓▓ P▓▓▓▓ HES

---

03-19-028062   10/02/2019   [X]   APPROVED BY: **TOMMY L. ROGERS**   PAGE 4
IRF 1.6                              APPROVED ON: **10/25/2019**

# CROWNPOINT
## Incident Report Form

03-19-028062
10/02/2019
**DISORDERLY CONDUCT**

```
CODE 4 NOT INTOX LIFT 10-3

Input: MD2907 10/02/2019 20:24:28   Edited: MD2907 10/02/2019 20:24:28
  110-3 LIFTED ON [REDACTED]

Input: MD2907 10/02/2019 20:24:54   Edited: MD2907 10/02/2019 20:24:54
  340/I/ DIRECT ON CALL

Input: MD2907 10/02/2019 20:25:22   Edited: MD2907 10/02/2019 20:33:14
  343/I/ DIRECT IM AT MILAN

Input: MD2907 10/02/2019 20:25:30   Edited: MD2907 10/02/2019 20:32:45
  363/I/ SHUTTING DOWN ON 140 ON I40

Input: MD2907 10/02/2019 20:37:04   Edited: MD2907 10/02/2019 20:37:04
  U30/I/ DIRECT ON CALL

Input: MD2907 10/02/2019 21:06:01   Edited: MD2907 10/02/2019 21:06:01
  363/I/ WE ARE CODE 4

Input: MD2907 10/02/2019 21:13:01   Edited: MD2907 10/02/2019 21:13:33
  351/I/ A-O AT 1952 JOSHUA KATERUS AT STREET OF [REDACTED] MALE WASLAYING ON
  ROAD PROPERTY DAMAGE FOR HSE 21, UNLAWFUL CARRYING OF WEAPON AND BATTERY

Input: MD2907 10/02/2019 21:13:07   Edited: MD2907 10/02/2019 21:13:07
  351/I/ BE 98
```

## COMMENTS / NARRATIVES

**Title**
NARRATIVE

| Narrative Created By / Creation Date | | Narrative Updated By / Update On | |
|---|---|---|---|
| JAMES DAN, JR. | 10/22/2019 | JAMES DAN, JR. | 10/25/2019 |

Narrative Approved By / Approved Date

ON THE GIVEN DATE I RESPONDED TO REPORTING PARTY THE EMERGENCY MEDICAL SERVICES OF TOHAJIILEE, NEW MEXICO. E.M.T ON DUTY CALLS CROWNPOINT POLICE DISPATCH BY RADIO AND REPORTS A FEMALE CALLER CALLED THE E.M.S OFFICE OF PEOPLE ARE FIGHTING OUTSIDE A RESIDENCE AND THEY HAVE WEAPONS UNKNOWN TYPE OF WEAPONS BEING USED IN FIGHT.  LOCATION AT [REDACTED] STREET LOWER N.H.A TOHAJIILEE,NM. SUSPECT IN FIGHT IS A JOSHUA GUTIERREZ. HE WAS BATTERED BY HOMEOWNER OF THE RESIDENCE HE WAS TRYING TO BREAK INTO. HE WAS TRANSPORTED BY AMBULANCE TO UNIVERSITY OF NEW MEXICO HOSPITAL IN ALBUQUERUQE, NM. REPORT TAKEN OF INCIDENT.

ON THE SAME DAY WHILE I WAS PATROLING NEAR THE N.H.A EAST HOUSING. DISPATCH CALLED ME BY PHONE. THEY TOLD ME A SUSPECT JOSHUA GUTIERREZ IS INVOLVED IN A DOMESTIC VIOLENCE WITH HIS GIRLFRIEND C[REDACTED] P[REDACTED] AT RURAL ADDRESS [REDACTED] TOHAJIILEE, NM. THE REPORTING PARTY WAS UNKNOWN CALLER AND TOLD DISPATCH THE JOSHUA HAS A HOME MADE SHOTGUN AND HAS IT WITH HIM. AS I WAS DRIVING TO THE LOCATION ON ROUTE 57 DIRT ROAD. THE E.M.S OFFICE CALLED TO DISPATCH

# CROWNPOINT
## Incident Report Form

03-19-028062
10/02/2019
**DISORDERLY CONDUCT**

BY RADIO AND TOLD DISPATCH OVER THE RADIO A FEMALE CALLER CALL THEM AND TOLD THEM OF A FIGHT AT THE LOWER N.H.A HOUSING IN THE STREETS IN TOHAJIILEE,NM. E.M.S AGAIN CALLED BY RADIO AND TOLD DISPATCH THAT THEY HAVE WEAPONS AND A SHOTGUN IS WITH ONE OF THE SUBJECT'S FIGHTING.  AS I GOT ON ROUTE 56 BY THE SCHOOL I GOT MY ASIGNED AR-15 READY WITH MY KEVLAR HELMET ON BEFORE GOING TO THE AREA OF THE FIGHT.

   AT 1949 HOURS I WAS IN THE AREA OF THE N.H.A LOWER HOUSING AND ON ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ I GOT NEAR THE ROUNDABOUT AND SEEN SEVERAL SUBJECTS STANDING ALONG THE ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ AND A MALE WAS LAYING ON THE GROUND WITH A NO SHIRT ON AND RED BASKETBALL SHORTS ON.  I PARK THE POLICE UNIT AND WENT TOWARDS   THE MALE ON THE GROUND AND PLACE HANDCUFFS ON HIM TO HIS BACK DOUBLE LOCK.  THE MALE SUBJECT WAS MONING IN PAIN.  HE HAD HIS I.D. CARD ON HIM AND HIS IS JUSHUA GUTIERREZ (DOB-▮▮▮▮ 998) OF TOHAJIILEE,NM.  I WAS TELING HIM IF CAN CAN STAND ON HIS FEET?  HE TOLD ME NO I CAN'T MY BACK HURTS.  HE WAS STILL CRYING IN PAIN.  I THAN HAD DISPATCH CALL THE E.M.S TO ASSIST WITH JUSHUA GUTIERREZ.  JUSHUA STARTED TO PUKE UP HIS FOOD. AT ABOUT 2005 HOURS THE AMBULANCE ARRIVED ON SCENE.  I ASSISTED WITH THE TWO FEMALE E.M.T'S ON GETTING JUSHUA ON THE GURNEY.  AS WE WERE PUTING JUSHUA ON THE GURNEY HE STILL SHOWED PAIN TO HIS BODY AND COULD NOT STAND UP ON HIS OWN TWO FEET.

   HE WAS TAKEN TO U.N.M HOSPITAL BY AMBULANCE.  I MET WITH THE FAMILY AT LOWER N.H.A HOUSE ▮▮▮ I SPOKE WITH J▮▮▮▮▮ P▮▮▮▮▮▮ SHE TOLD ME JUST AWHILE AGO ABOUT 7:30PM SHE WAS INSIDE THE HOUSE WITH HER GRANDCHILDREN AND HEARD SOMEONE BANGING AND KICKING THE FRONT DOOR TO THIS HOUSE.  JUSHUA WAS YELLING OUT LOUD AND CUSSING AT US TO OPEN THE DOOR.  HE SAID HE WAS GONNA KILL ALL OF US.  J▮▮▮▮▮ TOLD ME SHE FEARED FOR HER GRANDCHILDREN.  I THEN SPOKE TO A▮▮▮▮ L▮▮▮ WHO LIVES IN THE HOME WITH J▮▮▮▮ P▮▮▮▮▮▮ HE TOLD ME AT THE SAME TIME AS J▮▮▮▮ SAID.  I WAS IN THE BACK CORNER ROOM WORKING ON JEWELRY.  THEN I HEARD SOMEONE BANGING ON THE FRONT DOOR.  I CAME OUT THE SIDE DOOR AND SAW JUSHUA GUTIERREZ BANGING AND KICKING THE FRONT HOUSE DOOR. HE BROKE THE SCREEN DOOR.  I THEN WENT AFTER HIM TO STOP HIM.  HE ALSO HAD THIS ON  HIM.  A▮▮▮▮ SHOW ME A METAL PIPE WITH BLACK ELECTRICAL TAPE WRAP AROUND IT WITH A HANDLE AND A BUTT STOCK TO MAKE IT LOOK LIKE A ASSAULT RIFLE.

   IT WAS DARK AT THE TIME JUSHUA CAME TO THE RESIDENCE AND THE METAL PIPE MAY HAVE LOOK TO BE A ASSAULT RIFLE.  I TOOK THE PIPE THAT LOOK TO BE AN ASAULT RIFLE FOR EVIDENCE.  A▮▮▮▮ ALSO TOLD ME JUSHUA KICK HIM IN THE LEG AND A▮▮▮▮ FOUGHT WITH ME TO PROTECT HIS FAMILY AND GOT HIM ON THE STREET WHERE JUSHUA WAS LAYING.  AT 2010 HOURS A BLACK TACTICAL POCKET KNIFE FOLDER WITH A 4 INCH BLADE AND A GLASS BREAKER ON THE END OF HANDLE WAS FOUND ON THE STREET NEAR WHERE JUSHUA GUTIERREZ WAS LAYING.  IN HIS POCKET IS HAD A CAMOUFLAGE SMALL BAG AND IN IT WAS TWO GLASS SMOKING PIPES AND TWO CIGARETTE LIGHTERS AND A EXCEL HOPPY KNIFE WHICH LOOKS LIKE A WRITING PEN WITH A KNIFE ON THE END.  ALL THESE ITEMS WHERE TAKING INTO EVIDENCE.

   AT 1952 HOURS JUSHUA GUTIERREZ WAS ARRESTED AT ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ NEAR HOUSE ▮▮ TOHAJIILEE,NM.  HE WAS ARRESTED FOR CRIMINAL DAMAGE TO THE FRONT HOUSE OF HOUSE #▮ LOWER N.H.A..  BATTERY FOR KICKING AND FIGHTING WITH A▮▮▮▮ L▮▮▮ AND THE HOME OF A▮▮▮▮ L▮▮▮, AND UNLAWFUL USE OF A WEAPON.  JUSHUA GUTIERREZ WAS CARRYING A METAL PIPE WHICH LOOK TO BE AN ASSAULT RIFLE IN THE NIGHT OF DARKNESS. CARRYING THE WEAPON IN A N.H.A HOUSING AREA.  JUSHUA GUTIERREZ WAS INJURIED AT THE TIME OF ARREST AND WAS TAKEN BY AMBULANCE TO THE U.N. HOSPITAL EMERGENCY ROOM IN

| 03-19-028062 | 10/02/2019 | ☒ | APPROVED BY: **TOMMY L. ROGERS** | PAGE 6 |
|---|---|---|---|---|
| IRF 1.6 | | | APPROVED ON: **10/25/2019** | |

| CROWNPOINT | 03-19-028062 |
|---|---|
| Incident Report Form | 10/02/2019<br>DISORDERLY CONDUCT |

ALBUQUERQUE, NM. FOR INJURIES HE SUSTAINED WHILE TRYING TO BREAK INTO THE HOUSE ▓ LOWER N.H.A. HE WILL BE SUMMONS TO THE DISTRICT COURT HOUSE OF TOHAJIILEE, NM FOR THE ABOVE CHARGES. NOTHING ESLE FOLLOWS ON THE ARRESTING POLICE OFFICER'S BEHALF.

| 03-19-028062 | 10/02/2019 | [X] | APPROVED BY: **TOMMY L. ROGERS** | PAGE 7 |
|---|---|---|---|---|
| IRF 1.6 | | | APPROVED ON: **10/25/2019** | |

U.S. v. Joshua Gutierrez_0313