**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.                                      NO. 1:20-cr-01867-MV

JOSHUA GUTIERREZ,

    *Defendant.*

### NOTICE OF PUBLICATION

Notice of Forfeiture was published on www.forfeiture.gov for at least 30 consecutive days beginning on January 15, 2021 as evidenced by the attached Declaration of Publication.

                                            Respectfully submitted,
                                            FRED J. FEDERICI
                                            Acting United States Attorney

                                            *Electronically filed March 18, 2021*
                                            STEPHEN R. KOTZ
                                            Assistant U.S. Attorney
                                            P.O. Box 607
                                            ALBUQUERQUE, NM 87103
                                            (505) 346-7274

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

        */s/*
STEPHEN R. KOTZ
Assistant U.S. Attorney