IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff

vs.                              No.: 20CR01867-MV

JOSHUA GUTIERREZ,

        Defendant.

## DEFENDANT'S ADDITIONAL FACTUAL CORRECTION

Joshua Gutierrez, by and through his attorney, Sylvia Baiz, Assistant Federal Public Defender, files the following factual correction to the pre-sentence report and sentencing memorandum. The presentence report indicates at paragraph 16 that "Gutierrez was previously stabbed by John Doe and Kelewood." (PSR, ¶16) However, Mr. Gutierrez corrects the record that he was previously stabbed by John Doe, not Kelewood.

Dated: March 29, 2021                Respectfully submitted,
                                            FEDERAL PUBLIC DEFENDER
                                            111 Lomas NW, Suite 501
                                            Albuquerque, NM 87102
                                            (505) 346-2489

                                            /s   *[Electronically filed 3-29-21]*
                                            SYLVIA A. BAIZ, AFPD