UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO

# SENTENCING MINUTE SHEET

| CR No. | 20-1867-MV | USA vs. | Gutierrez |
|---|---|---|---|
| Date: | April 7, 2021 | Name of Deft: | Joshua Gutierrez |

| Before the Honorable | Martha Vázquez |
|---|---|

| Time In/Out: | 9:35 a.m. / 11:55 a.m. | Total Time in Court (for JS10): | 2 hours, 20 minutes |
|---|---|---|---|
| Clerk: | Linda Romero | Court Reporter: | Carmela McAlister |
| AUSA: | Allison Jaros | Defendant's Counsel: | Sylvia Baiz |
| Sentencing in: | Santa Fe, New Mexico | Interpreter: | |
| Probation Officer: | Shane Lovato | Sworn? | Yes | No |

| Convicted on: | X | Plea | | Verdict | As to: | X | Information | | Indictment |
|---|---|---|---|---|---|---|---|---|---|
| If Plea: | X | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | | | |
| If Plea Agreement: | X | Accepted | | Not Accepted | No Plea Agreement | Comments: | | | |

| Date of Plea/Verdict: | 10/15/2020 | PSR: | | Not Disputed | X | Disputed |
|---|---|---|---|---|---|---|
| PSR: | X | Court Adopts PSR Findings | Evidentiary Hearing: | X | Not Needed | | Needed |

| Exceptions to PSR: | |
|---|---|

## SENTENCE IMPOSED

Imprisonment (BOP):  24 months as to Count 1, 120 months as to Count 2, to be run consecutively, for a total term of imprisonment of 144 months.

| Supervised Release: | 3 years as to each Count, to run concurrently | Probation: | | X | 500-Hour Drug Program |
|---|---|---|---|---|---|

| | Court recommends ICE begin removal proceedings immediately or during service of sentence | ICE not applicable |
|---|---|---|

### SPECIAL CONDITIONS OF SUPERVISION

| | | | | |
|---|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ___ months ___ days | |
| X | Substance abuse testing (up to 60 tests per year) | | Community service for ___ months ___ days | |
| X | Substance abuse treatment program (waive confidentiality) | X | Reside residential reentry center for up to 6 months | |
| X | Mental health treatment program (waive confidentiality) | | Register as sex offender | |
| X | No alcohol/intoxicants (up to 4 tests per day) | | Participate in sex offender treatment program | |
| X | Submit to search of person/property | | Possess no sexual material | |
| X | No contact with victim(s) and/or co-Deft(s) | | No computer with access to online services | |
| X | No entering, or loitering near, victim's residence | | No contact with children under 18 years | |
| | Provide financial information | | No volunteering where children supervised | |
| | Grant limited waiver of confidentiality | | Restricted from occupation with access to children | |
| X | No psychoactive substances | | No loitering within 100 feet of school yards | |
| X | OTHER:  Educational or vocational program.  Community based program in anger management.  Take all prescribed mental health medications. | | | |

| Fine: | $ | 0 | Restitution:  $ | Open for 90 days |
|---|---|---|---|---|
| SPA: | $ | 200          ($100 as to each Count) | Payment Schedule: | X  Due upon release from custody    Waived |

| OTHER: | Forfeiture |
|---|---|

| | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
|---|---|---|---|
| X | Held in Custody | | Voluntary Surrender |
| X | Recommended place(s) of incarceration: | FCI Phoenix | |
| | Dismissed Counts: | | |

| | United States District Court, District of New Mexico |
|---|---|
| | **Sentencing Minute Sheet** |
| Other Comments | Court addresses defendant.   Defense counsel addresses Court.   Defendant addresses Court and introduces family members present n courtroom.   Defendant apologizes to victims' families.   Government counsel addresses Court.   Victim's mother addresses Court.   Defendant's girlfriend addresses Court.   Defendant's mother addresses Court.   Defendant's sister addresses Court.   Court addresses defendant and imposes sentence. Defense counsel advises that there was another objection that was not addressed.   Court orders that paragraph 17 of the PSR be removed and the PSR revised before it is provided to the BOP.   Government counsel addresses Court re slight inaccuracy in the Court's statement of the facts. |